171 A.3d 1264

BANC OF CALIFORNIA, NATIONAL ASSOCIATION DBA BANC HOME LOANS, PLAINTIFF, v. RITU MADHOK, DEFENDANT–PETITIONER.

C–211 Sept.Term 2017
079479

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003081–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.